**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DALE M. JONES,

      Plaintiff,

v.

                              Case No. 06-15491
                              Hon. Gerald E. Rosen
                              Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on ___March 26, 2008_____

PRESENT:  Honorable Gerald E. Rosen
                   United States District Judge

On September 27, 2007, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court deny both Plaintiff Dale M. Jones's and the Defendant Commissioner of Social Security's motions for summary judgment, and that this case be remanded for further administrative proceedings in light of a determination by the Administrative Law Judge that was not supported by substantial evidence in the record. Neither party has filed any objections to the R & R. Upon reviewing the R & R, the parties' cross-motions, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its

entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's September 27, 2007 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Plaintiff's motion for summary judgment is DENIED, and Defendant's motion for summary judgment also is DENIED.

                                                        s/Gerald E. Rosen
                                                        Gerald E. Rosen
                                                        United States District Judge

Dated: March 26, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2008, by electronic and/or ordinary mail.

                                                        s/LaShawn R. Saulsberry
                                                       Case Manager